**ANNE C. BELES, Cal. Bar No. 200276**
BELES & BELES LAW OFFICES
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642

Tel. No. (510) 836-0100
Fax No. (510) 832-3690

Attorney for *Defendant Max Joseph Plog-Horowitz*

## United States District Court
### Northern District of California
#### Oakland Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:12-cr-00661-CW-1 |
| *Plaintiff*, | |
| vs. | STIPULATION AND [~~PROPOSED~~] ORDER PERMITTING TRAVEL |
| MAX JOSEPH PLOG-HOROWITZ, | |
| *Defendant*. | |

**STIPULATION PERMITTING TRAVEL**

Mr. Plog-Horowitz wishes to be allowed to leave his home on the following days throughout the holiday season:

| | | |
|---|---|---|
| November 22, 2012 | 10:00 a.m. - 10:00 p.m. | (Thanksgiving) |
| December 8, 2012 | 10:00 a.m. - 9:00 p.m. | (Hanukkah) |
| December 15, 2012 | 10:00 a.m.- 6:00 p.m. | (Holiday preparation) |
| December 24, 2012 | 10:00 a.m. - 10:00 p.m. | (Christmas Eve) |
| December 25, 2012 | 10:00 a.m. - 10:00 p.m. | (Christmas) |
| December 31, 2012 | 10:00 a.m. - 10:00 p.m. | (New Years Eve) |

Additionally, Mr. Plog Horowitz has an opportunity to go to a job fair in Sacramento, California on

1

**STIPULATION PERMITTING TRAVEL**

November 13, 2012 in the Eastern District of California.

He is not currently allowed to leave his home except for court appearances and meetings with counsel, and not outside of the Northern District of California..

Mr. Plog-Horowitz will provide the addresses of all of the locations he intends to visit on the above-listed days to Pretrial Services.  Furthermore, Mr. Plog-Horowitz will be with at least one of his parents (and custodians) at all times during his time away from his home for the holiday events.

AUSA Mann and Ms. Gibson agree with these requests.

Accordingly, it is requested and agreed that Mr. Plog-Horowitz' release conditions shall be modified to permit him to leave his home and travel with prior approval from and at the direction of Pretrial Services on the following dates and for the following times:

| Date | Time | Occasion |
|---|---|---|
| November 13, 2012 | Sacramento Job Fair in the Eastern District of California (TBD) | |
| November 22, 2012 | 10:00 a.m. - 10:00 p.m. | (Thanksgiving) |
| December 8, 2012 | 10:00 a.m. - 9:00 p.m. | (Hanukkah) |
| December 15, 2012 | 10:00 a.m.- 6:00 p.m. | (Holiday preparation) |
| December 24, 2012 | 10:00 a.m. - 10:00 p.m. | (Christmas Eve) |
| December 25, 2012 | 10:00 a.m. - 10:00 p.m. | (Christmas) |
| December 31, 2012 | 10:00 a.m. - 10:00 p.m. | (New Years Eve) |

It is further agreed that Mr. Plog Horowitz will be with at least one of his parents at all times during the holiday events on 11/22, 12/8, 12/15, 12/24, 12/25 and 12/31.

**IT IS SO STIPULATED.**

November 8, 2012                                      /s/ ACB
Date                                                  ANNE C. BELES,
                                                      Attorney for *Defendant*

November 8, 2012                                      /s/ JCM
Date                                                  JAMES C. MANN,
                                                      Assistant U.S. Attorney

November 8, 2012                                      /s/ VG
Date                                                  VICTORIA GIBSON,
                                                      U.S. Pretrial Services

**IT IS SO ORDERED.**

Dated: November 9, 2012

HONORABLE KANDIS WESTMORE
United States District Judge
Northern District of California

3

**STIPULATION PERMITTING TRAVEL**