United States District Court
Northern District of California
Oakland Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>vs.<br><br>MAX JOSEPH PLOG-HOROWITZ,<br><br>*Defendant*. | Case No. 4:12-cr-00661-CW-1<br><br>[PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE |

### ORDER MODIFYING CONDITIONS OF RELEASE

Pursuant to the stipulation of the parties and Pretrial Services and Defendant's change of plea hearing set for December 10, 2012, based on a plea agreement that can result in a sentence of probation only, and good cause appearing;

**IT IS HEREBY ORDERED** that the conditions of release for Max Plog Horowitz are modified as follows:

1) Mr. Plog-Horowitz is to be released from electronic monitoring
2) Mr. Plog-Horowitz is to be released from home detention but will follow the directives of Pretrial Services in terms of checking in regularly and informing them of his whereabouts.
3) Mr. Plog-Horowitz is allowed to travel to the area of Tucson, Arizona from December 14,2012 to December 19, 2012
4) Mr. Plog-Horowitz is allowed to travel from Tucson, Arizona to the Little Rock, Arkansas area from December 19, 2012 to January 2, 2013.

///

1
**ORDER MODIFYING CONDITIONS OF RELEASE**

5) Before departing on this trip, Mr. Plog Horowitz will provide an itinerary to Pretrial Services, including but not limited to his flight information and the addresses of all of the locations that he will be staying.  He will also provide the names of all persons with whom he will be staying in either Arizona or Arkansas.

6) Mr. Plog Horowitz will be allowed to go camping with his family in Arizona, even if he does not have a specific address.

7) Mr. Plog Horowitz will follow all directives of Pretrial Services while on his trip, including but not limited to checking in via telephone.

**IT IS SO ORDERED**.

DATED: 12/06/12

_____
KANDIS A. WESTMORE
U.S. Magistrate Judge